**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE OCUGEN, INC. SECURITIES LITIGATION | Master File No.: 2:21-cv-02725 |
| ROBERTO NICANOR,<br><br>Plaintiff,<br><br>v.<br><br>OCUGEN, INC., *et al.*,<br><br>Defendants. | Case No. 2:21-cv-02725 |
| ERNESTO PAUL FERNANDEZ DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>OCUGEN, INC. *et al.*,<br><br>Defendants. | Case No. 2:21-cv-03182 |

**JOINT STATUS REPORT**

Pursuant to the Court's Orders entered on June 27, 2022 and July 7, 2022, the Parties submit this Joint Status Report.

1. On June 27, 2022, the Court entered an Order on the master docket directing the Parties to recommend a timeline for completing the pleading stage in this matter. (ECF 32). On July 7, 2022, the Court entered a similar Order on the docket of *Diaz v. Ocugen, Inc.* (ECF 15).

2. The Parties have conferred and believe that the Stipulation and Case Scheduling Order Number 1 entered on April 12, 2022 should govern the pleadings schedule in this matter. (ECF 23).

3. The Stipulation and Case Scheduling Order Number 1 contemplates the following timeline:

a. **June 13, 2022** – Lead Plaintiff filed the Amended Complaint (ECF 28).

b. **August 12, 2022** – Deadline for Defendants to file a motion to dismiss the Amended Complaint.

c. **October 11, 2022** – Deadline for Lead Plaintiff to file an opposition to Defendants' motion to dismiss the Amended Complaint.

d. **November 10, 2022** – Deadline for Defendants to file reply in support of their motion to dismiss the Amended Complaint.

4. The Parties respectfully request that oral argument on Defendants' motion to dismiss be scheduled, as the Court deems necessary, at the Court's convenience.

Dated: July 12, 2022

**THE WEISER LAW FIRM, P.C.**

*s/ James M. Ficaro*
JAMES M. FICARO (PA Bar #308198)
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
Email: jficaro@weiserlawfirm.com

*Liaison Counsel for Lead Plaintiff Mr. Benayon*

**JOHNSON FISTEL, LLP**
MICHAEL I. FISTEL, JR. (*pro hac vice*)
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
Email: MichaelF@johnsonfistel.com

*Lead Counsel for Lead Plaintiff Mr. Benayon*

Dated: July 12, 2022

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*s/ Robert L. Hickok*

Robert L. Hickok (PA Bar No. 30101)
Jay A. Dubow (PA Bar No. 41741)
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Email: robert.hickok@troutman.com
jay.dubow@troutman.com

Whitney R. Redding (PA Bar # 308893)
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219-4429
Telephone: (412) 454-5000
Email: whitney.redding@troutman.com

Mary Weeks (*pro hac vice*)
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30062
Telephone: (404) 885-3000
Email: mary.weeks@troutman.com

*Counsel for Defendants Ocugen, Inc., Shankar Musunuri and Bruce D. Forrest*