**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE OCUGEN, INC. SECURITIES LITIGATION | Master File No.: 2:21-cv-02725 |

## STIPULATION OF DISMISSAL OF DEFENDANT SANJAY SUBRAMANIAN

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Lead Plaintiff Andre Galan Bernd Benayon and the undersigned attorneys for Defendants Ocugen, Inc., Shankar Musunuri, Sanjay Subramanian, and Bruce D. Forrest that Defendant Sanjay Subramanian shall be DISMISSED WITHOUT PREJUDICE from the above-captioned action. The above-captioned action will continue as to Defendants Ocugen, Inc., Shankar Musunuri, and Bruce D. Forrest.

Dated: August 17, 2022

**JOHNSON FISTEL, LLP**

*s/ Michael I. Fistel, Jr.*
MICHAEL I. FISTEL, JR. (*pro hac vice*)
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
Email: MichaelF@johnsonfistel.com

*Lead Counsel for Lead Plaintiff Mr. Benayon*

**THE WEISER LAW FIRM, P.C.**

JAMES M. FICARO (PA Bar #308198)
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
Email: jficaro@weiserlawfirm.com

*Liaison Counsel for Lead Plaintiff Mr. Benayon*

- 2 -

| | |
|---|---|
| Dated: August 17, 2022 | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>*s/ Robert L. Hickok*<br>Robert L. Hickok (PA Bar No. 30101)<br>Jay A. Dubow (PA Bar No. 41741)<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4000<br>Email: robert.hickok@troutman.com<br>         jay.dubow@troutman.com<br><br>Whitney R. Redding (PA Bar # 308893)<br>Union Trust Building<br>501 Grant Street, Suite 300<br>Pittsburgh, PA 15219-4429<br>Telephone: (412) 454-5000<br>Email: whitney.redding@troutman.com<br><br>Mary Weeks (admitted *pro hac vice*)<br>600 Peachtree St. NE, Suite 3000<br>Atlanta, GA 30062<br>Telephone: (404) 885-3000<br>Email: mary.weeks@troutman.com<br><br>*Counsel for Defendants Ocugen, Inc., Shankar Musunuri, Sanjay Subramanian, and Bruce D. Forrest* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 17, 2022, a true and correct copy of the foregoing Stipulation of Dismissal of Defendant Sanjay Subramanian was electronically filed with the Clerk of the Court for the Eastern District of Pennsylvania using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ *Whitney R. Redding*
Whitney R. Redding