IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE OCUGEN, INC. SECURITIES LITIGATION | : : : : | CIVIL ACTION<br>Master File No.   21-2725 |

# ORDER

**AND NOW**, this **3rd** day of **March 2023**, upon consideration of Defendants' Motion to Dismiss (ECF No. 41), Plaintiff's Response (ECF No. 43), and Defendants' Reply (ECF No. 44), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion (ECF No. 41) is **GRANTED** and this case shall be dismissed with prejudice.

The Clerk of the Court is hereby **ORDERED** to close this case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**